**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 04-7933

—————

LONNIE EVERETT,

Plaintiff - Appellant,

versus

TROOPER WILKERSON; TROOPER BRANCH; I. GRAHAM
PRUITT, Magistrate at Pitt County Detention
Center; STACEY A. PHIPPS, Associate Attorney
General,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Malcolm J. Howard,
District Judge.  (CA-04-569-5-4)

—————

Submitted:  April 28, 2005          Decided:  May 4, 2005

—————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Lonnie Everett, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lonnie Everett appeals the district court's order dismissing as time-barred his complaint filed pursuant to 42 U.S.C. § 1983 (2000). See 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Everett v. Wilkerson, No. CA-04-569-5-4 (E.D.N.C. Oct. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED